IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VARIETY MART, INC. d/b/a ) <br> VARIETY MART 1, individually ) <br> and on behalf of all ) <br> others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PAYMENT PROCESSING ) <br> TECHNOLOGIES, LLC, d/b/a ) <br> PAYPROTEC, NORTH AMERICAN ) <br> BANCARD LLC, d/b/a NORTH ) <br> AMERICAN BANCARD, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:14-CV-1750-SCJ |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Variety Mart, Inc. d/b/a Variety Mart 1 and Defendants Payment processing Technologies, LLC d/b/a PayProTec, and North American Bancard, LLC, d/b/a North American Bancard, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of the above-captioned matter as filed by the Plaintiff with prejudice. Since a class has not been certified in this matter, the Plaintiff does not purport to dismiss any claims possessed or asserted by any potential class or potential class members other than itself on an individual basis. The parties have agreed to bear their own attorney's fees and costs incurred in this matter.

6370438.1

This 11th day of August, 2014.

/s/ Jennifer B. Dempsey
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
BRYAN CAVE
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
Telephone:   (404) 572-6600
Fax:             (404) 420-6999

*Counsel for Defendants*


/s/ Aaron C. Hemmings
Aaron C. Hemmings
NC State Bar No. 29810
Kelly A. Stevens
NC State Bar No. 27066
Hemmings & Stevens, P.L.L.C.
5613 Duraleigh Road, Suite 151
P.O. Box 90698
Raleigh, NC 27675

Joseph "Jay" H. Aughtman
AL State Bar No. ASB-8081-A43J)
Aughtman Law Firm, LLC
1772 Platt Place
Montgomery, AL 36117

MaryBeth V. Gibson
Georgia Bar No. 725843
The Finley Firm, P.C.
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305

*Counsel for Plaintiff*

6370438.1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date filed the foregoing with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

This 11th day of August, 2014.

/s/ Aaron C. Hemmings
Aaron C. Hemmings
NC State Bar No. 29810
Kelly A. Stevens
NC State Bar No. 27066
Hemmings & Stevens, P.L.L.C.
5613 Duraleigh Road, Suite 151
P.O. Box 90698
Raleigh, NC 27675

Joseph "Jay" H. Aughtman
AL State Bar No. ASB-8081-A43J
Aughtman Law Firm, LLC
1772 Platt Place
Montgomery, AL 36117

MaryBeth V. Gibson
Georgia Bar No. 725843
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, Georgia 30305

*Counsel for Plaintiff*

6370438.1